## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**TRAVON DSHUN HIGGINS**                                    **PETITIONER**
**ADC #178966**

v.                                **No. 2:25-cv-63-DPM-JTK**

**DOE and ASHLEY STEWART, ACC**                       **RESPONDENTS**

### ORDER

Higgins mailed his amended petition on 7 July 2025, within the thirty-day deadline to do so. *Doc. 10 at 21.* But it wasn't delivered until July 11th, after Magistrate Judge Kearney entered his recommendation. The Court declines the recommendation, *Doc. 9*, and refers the case back to Magistrate Judge Kearney.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 July 2025